UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHMOND B. TAYLOR, #224931,

        Plaintiff,

                                              CASE NO. 2:06-CV-10073
v.                                            HONORABLE GERALD E. ROSEN

THEODORE LEVIN U.S. COURTHOUSE, et al.,

        Defendants.
_____/

### ORDER DENYING PETITION AND REQUEST FOR EVIDENTIARY HEARING

        Before the Court is Plaintiff Richmond Brown Taylor's "Petition for the Chief Judge to Order the Court to Hold a Hearing" and his "Request for Evidentiary Hearing" concerning this *pro se* civil rights complaint.  The Court, however, has dismissed Plaintiff's civil rights complaint as frivolous, for failure to state a claim for relief, and on the basis of immunity pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.  The Court has also concluded that an appeal from the dismissal order would be frivolous and not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

        Having considered the matter, the Court finds no reason to alter its decision, to hold an evidentiary hearing, or to find that any matters be certified for appeal.  Plaintiff's petition or request are therefore **DENIED**.  This case is closed.  Plaintiff is not allowed to file further pleadings in this case.  Additional pleadings shall be stricken.

        **IT IS SO ORDERED.**


                                      s/Gerald E. Rosen
                                      Gerald E. Rosen
                                      United States District Judge

Dated:  March 13, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 13, 2006, by electronic and/or ordinary mail.

                                      s/LaShawn R. Saulsberry
                                      Case Manager